UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Spectrum Laboratories, LLC, ) | Case No. 1:12-CV-00692-SJD |
| ) | |
| Plaintiff, ) | Judge Susan J. Dlott |
| ) | |
| vs. ) | |
| ) | |
| Freedom Natural Products, Inc., ) | |
| ) | |
| Defendant. ) | |

### Consent Judgment and Permanent Injunction

Plaintiff Spectrum Laboratories, LLC ("Spectrum") and defendant Freedom Natural Products, Inc. ("FNP"), as evidenced by their signatures below, have stipulated and agreed to the entry of this Consent Judgment and Permanent Injunction. Spectrum and FNP agree that the Court should enter this final judgment without the taking of evidence and without conducting a trial.

The Court, having considered the complaint (ECF #1) and this stipulation executed by the parties, and good cause appearing, hereby ORDERS as follows:

1. FNP has waived formal service of the summons and complaint, waived any objections it may have to a lack of service or any defects of service, and hereby consents to the Court's personal jurisdiction over it.

2. By signing below, FNP's principal Dale Carlin represents that he has authority to sign on FNP's behalf, stipulates to the entry of this judgment against FNP freely and without coercion, and acknowledges that he has read this stipulation in its entirety and that FNP is willing and able to abide by its terms.

{3977276;}

3. FNP, its assignees, successors, affiliates, officers, agents, attorneys, employees, representatives, principals, and associates, and all those in active concert or participation with them, are permanently enjoined and restrained, collectively and individually:

(a) from delivering anything other than a genuine Spectrum product in response to, or in fulfillment of, any order for "Quick Fix" or for any other Spectrum product, regardless of whether the order is placed through a website or by other means; and

(b) from falsely describing, either explicitly or implicitly, a product as "Quick Fix" or as a "Spectrum" product if the product is not actually made or sold by Spectrum, regardless of whether the description is provided on a website or by other means.

4. This judgment resolves all claims and therefore is the final judgment of the case.

IT IS SO ORDERED.

Dated: Oct 24, 2012

Susan J. Dlott
United States District Judge

SIGNED AND STIPULATED BY:

Dale Carlin
Freedom Natural Products, Inc.

Matthew J. Cavanagh
Attorney for Spectrum Laboratories, LLC

10/15/12
Date

10/18/12
Date